OPINION — AG — PURSUANT TO THE PROVISIONS OF 28 O.S. 1971 1 [28-1] THRU 28 O.S. 1971 161 [28-161], AND SPECIFICALLY, 28 O.S. 1971 6 [28-6], THE AG AGREES WITH THE RESULT REACHED IN THE OPINION NO. 1939 WHICH CONCLUDES THAT COUNTY CLERKS ARE NOT AUTHORIZED TO CHARGE POSTAGE TO PERSONS WHO TENDER INSTRUMENTS FOR FILING OR RECORDING AND REQUEST RETURN OF SAME. CITE: 28 O.S. 1971 32 [28-32] (AMALIJA J. HODGINS)